CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

*3:16cr 50 HTW-FKB*

CITY: _____

COUNTY: _____Hinds_____

**RELATED CASE INFORMATION:**
SUPERSEDING INDICTMENT _____ DOCKET # _____
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ____ YES  X  NO

MATTER TO BE SEALED:  X  YES _____ NO

NAME/ALIAS: _____Carl Reddix_____

_____

*SOUTHERN DISTRICT OF MISSISSIPPI*
**FILED**

JUL 13 2016

ARTHUR JOHNSTON
BY_____ DEPUTY

**U.S. ATTORNEY INFORMATION:**

AUSA ___Darren J. LaMarca____   BAR # _MSB#1782_____

INTERPRETER:  X  NO _____ YES LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**   ARREST DATE _____

____ ALREADY IN FEDERAL CUSTODY AS OF _____
____ ALREADY IN STATE CUSTODY
____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: ___7___ _____ PETTY _____ MISDEMEANOR ___7___ FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1 | 18:1349.F | 18 U.S.C. § 1349 | Attempt and Conspiracy | 1 |
| Set 2 | 18:666A.F | 18 U.S.C. § 666(a)(2) | Theft or bribery concerning programs receiving federal funds | 2-7 |
| Set 3 | | | | |
| Set 4 | | | | |
| Set 5 | | | | |

Date: __7/8/16__

SIGNATURE OF AUSA: *Darren J. LaMarca*

(Revised 2/26/10)