IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRIST OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                    CRIMINAL NO. 3:16cr50HTW-FKB

CARL REDDIX

### GOVERNMENT'S MOTION FOR SPECIAL TRIAL SETTING

The United States Attorney, through his undersigned Assistant United States Attorney, respectfully submits this Motion for Special Trial Setting and in support thereof states:

1. On July 20, 2016, the defendant made his first appearance in this court in this cause for his Initial Appearance and Arraignment.

2. The Trial Setting Order entered during defendant's Arraignment sets a trial of this cause during the two week term of court beginning October 3, 2016.

3. The current trial date that would begin, at the earliest, October 3, 2016, is outside the 70 day period within which trial must occur under the Speedy Trial Act.

4. Pursuant to the Speedy Trial Act the defendant must be tried no later than September 28, 2016.

Therefore, the Government hereby moves the Court to set a special trial setting for a date certain no later than September 28, 2016.

**Respectfully submitted**, on this, the 24th day of August, 2016.

                                                         GREGORY K. DAVIS
                                                         United States Attorney

BY:   *s/Darren J. LaMarca*
        Darren J. LaMarca
        Assistant United States Attorney

DARREN J. LAMARCA
Mississippi Bar No. 1782
Assistant United States Attorney
501 East Court Street, Suite 4.430
Jackson, Mississippi  39201
(601) 965-4480
darren.lamarca@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above and foregoing document has been hand-delivered and electronically delivered through ECF to all counsel of record.

This the 24th day of August, 2016.

/s Darren J. LaMarca
Darren J. LaMarca
Assistant United States Attorney